(PCBt. 3/12/14)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Deverick Scott ADC #131042 | 5:14-cv-00237-SWW-BD |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Ray Hobbs, et al. | Cmp., Amd. Cmp., Summons |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ➡ | Ray Hobbs, c/o ADC Compliance Division |
| | ADDRESS Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | P. O. Box 20550     Pine Bluff, AR  71612 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Deverick Scott  ADC #131042
VARNER UNIT
Arkansas Department of Correction
Post Office Box 600
Grady, AR 71644-0600

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Number, and Estimated Times Available For Service):
Fold

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 24 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

14 JUL 17 PM 1:50
EASTERN ARKANSAS
U.S. MARSHAL
RECEIVED

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF | TELEPHONE NUMBER | DATE |
| /s/ Mary Zelhof, Deputy Clerk | ☐ DEFENDANT | 501-604-5351 | 7/17/2014 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 09 | District to Serve No 09 | Signature of Authorized USMS Deputy or Clerk  D.B.Till | Date 17 July 14 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 7-21-14
Time am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 130 | 42.56 | | 172.56 | | 172.56 | |

REMARKS:

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

## ADC- COMPLIANCE DIVISION
## SERVICE OF SUMMONS AND COMPLAINTS

**CASE NUMBER AND NAME**         **PERSON RECEIVING SERVICE AND DATE**

Date Submitted:      July 17, 2014
Plantiff: Deverick Scott, ADC #131042
Case: 5:14CV00237

Ray Hobbs    -  Central Office - MC - 7/21/2014
Larry May -  Retired from ADC -    "   -  "    "
Grant Harris, ~~Assistant~~ Deputy Director - Central Office - " - "   "
Randy Warden Watson  -  Varner Unit -    -   "  -  "    "
Moses ~~Deputy~~ Warden Jackson -    "       "    -   "    "    "
Mark Stephens  -  USM      -   -   "    "    "
James Pruitt  Returned - No longer employed at ADC
Thane ~~Sergeant Hyguart~~ Huyard - USM   -   -  "    "    "
Stephen Watson, Officer of Varner Supermax - Returned - no longer employed at ADC
Michael ~~Officer~~ Davenport  -  USM -    -    "    "    "
Officer Hopkins  - Returned - need first name for verification or more information