# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DEVERICK SCOTT**
**ADC #131042**                                                                                    **PLAINTIFF**

**V.**                           **CASE NO. 5:14-CV-237 SWW/BD**

**RAY HOBBS, et al.**                                                                              **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. Mr. Scott has filed belated objections [doc.#25] to the Recommendation. Having made a *de novo* review of the relevant record, see 28 U.S.C. § 636(b)(1)(C), the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Scott's claims against Defendants Banks, Meinzer, Jefferson, and Robinson are DISMISSED, without prejudice. His claims against the ADC are DISMISSED, with prejudice.

IT IS SO ORDERED this 18th day of August 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE