In The United States District Court
Eastern District of Arkansas
Pine Bluff Division

1 of 3
exhibit: 1-5

2014 SEP 10 AM 9:53

Deverick Scott #131042         Plaintiff

No. 5:14-cv-237 SWW/BD

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 10 2014
JAMES W. McCORMACK, CLERK
_____ Defendants

Ray Hobbs, etc

Motion to show cause for an preliminary injunction & temporary restraining Order

Upon the complaint, the supporting affidavits declaration of plaintiff and memoradum of law submitted here with, it is: Order that Defendants ADC Warden Watson, Warden Jackson, officer davenport, Capt. Stephens show cause in room _____ of the United States Courthouse 600 W. Capitol Ave. Little Rock, Ar 72201-3325 on the _____ day of _____ 2014, at _____ o'clock, why a preliminary injunction should not issue pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enjoining the defendants, their successors in office, agents and employees and all other persons acting in concert and participation with them, from retailating on me and rest of inmates from using our 1st Amendment right free access to courts.

It is futher ordered that effective immediately, and pending the hearing and determination of this matter, defendants Watson, Jackson supervise and order defendant davenport to stop pissing in isolation 4 coffee, tea, koolaid,

stop turning up plaintiff's scott informal grievances, stop telling inmates plaintiff scott snitching, telling inmates he'll pay them to fuck plaintiff scott up, stop instigating new yardcrew to take plaintiffs' yardcell, provoke situations for other officers to harass plaintiff scott. Due to the threat of plaintiff scott health he be shipped to Tucker max for security reasons of officers.

It is father ordered that this order to show cause, and all other papers attached to this application, shall be served on defendants Warden Watson, Jackson, officer davenport, stevenson by 2014, and the United States Marshals' Service is hereby directed to effectuate such service.

_____
United States District Jude

9/5/14
Deverick Scott #131042
p.o. box 600
Grady, Ar 71644

### Added order

for defendants to open internal Affairs investigation put Sgt. davenport on 0-14 polygraph test to see if plaintiff telling the truth. Ask Sgt. davenport ① Have he ever told another inmate that inmate scott is snitching.

2. Have he ever put any of his urine in isolation 4 drinks "coffee, tea, kool-aid" for inmates in isolation 4.

3. Have he ever tore up inmate scott informal resolution infront of officer paskell, butler and flush it down the toilet that he found in isolation 4 controll booth.

4. Have he ever ask any nurse do she got any medicine to stop his heart.

5. Tell inmate scott he drunk his pee he put in inmate scott tea.

6. Have he ever told a inmate he'll pay them to do something to plaintiff scott.

That upon completion of Internal Affairs investigation Sgt. davenport be discipline by AD #0019 Employee Conduct Standards.

9/5/14
Deverich Scott #131042