**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DEVERICK SCOTT
ADC #131042**                                                                                          **PLAINTIFF**

**V.**                          **CASE NO. 5:14-CV-237 SWW/BD**

**RAY HOBBS, et al.**                                                                        **DEFENDANTS**

### ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Scott's motion for preliminary injunctive relief (docket entry #32) is DENIED.

IT IS SO ORDERED this 31st day of October, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE