IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEVERICK SCOTT
ADC # 131042                                                                                       PLAINTIFF

V.                           CASE NO. 5:14CV237-SWW-BD

RAY HOBBS, et al.                                                                             DEFENDANTS

## ORDER

In this civil rights lawsuit, Plaintiff Deverick Scott was granted *in forma pauperis* status on June 18, 2014. Summons directed to Defendant M. Hoskins was returned to the court unexecuted by the Arkansas Department of Correction ("ADC"), with a notation that Officer M. Hoskins is no longer employed by the ADC. The ADC has provided Defendant Hoskins's last-known address under seal, however. (Docket entry #50)

The Clerk of Court is directed to re-issue summons for Officer M. Hoskins at his last-known address, as provided under seal. The United States Marshal is directed to serve the summons, with a copy of the complaint and amended complaint (#1, #5) and any attachments, without requiring prepayment of fees and costs or the posting of security.

IT IS SO ORDERED this 13th day of November, 2014.

_____
UNITED STATES MAGISTRATE JUDGE