**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DEVERICK SCOTT
ADC #131042**                                                                           **PLAINTIFF**

**V.**                 **CASE NO. 5:14-CV-237 SWW/BD**

**RAY HOBBS, et al.**                                                           **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") issued by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Scott's claims against Defendants Taylor and Pruitt are DISMISSED, without prejudice.

IT IS SO ORDERED this 8th day of January 2015.

                                                        /s/Susan Webber Wright
                                                        UNITED STATES DISTRICT JUDGE