**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**DEVERICK SCOTT**
**ADC #131042**                                                                                          **PLAINTIFF**

**V.**                                  **CASE NO. 5:14-CV-237 SWW/BD**

**RAY HOBBS, et al.**                                                                                **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Scott's timely objections, as well as a *de novo* review of the relevant record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The additional claims contained in Mr. Scott's amended complaint and addendum (docket entries #61, #62) are DISMISSED, without prejudice.

IT IS SO ORDERED this 25th day of February 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE