# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DEVERICK SCOTT**
**ADC # 131042**                                                                                      **PLAINTIFF**

**V.**                        **CASE NO. 5:14CV237-SWW-BD**

**RAY HOBBS, et al.**                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 3rd day of March 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE